**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>**BRITTANY LEWIS**,<br><br>DEBTOR. | CHAPTER 13<br><br>CASE NO. 17-BK-16300<br><br>HON. LASHONDA A. HUNT<br><br>HEARING DATE: OCTOBER 2, 2017<br>HEARING TIME: 10:00 A.M. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that on October 2, 2017, at 10:00 a.m. the undersigned shall appear before the Honorable LaShonda A. Hunt or any other judge sitting in her stead, at 219 S. Dearborn St., Chicago, Illinois, Courtroom 719, and then and there present the City of Chicago's ***Motion for Leave to File Sur-Reply***, a copy of which is attached hereto and served upon you.

DATED: SEPTEMBER 29, 2017                                    RESPECTFULLY SUBMITTED,

                                                                   **THE CITY OF CHICAGO**

Edward N. Siskel
Corporation Counsel                                    Edward N. Siskel
David Paul Holtkamp                                    Corporation Counsel
Senior Counsel
Charles A. King (6216362)                              By:   /s/ Charles A. King
Assistant Corporation Counsel                                Assistant Corporation Counsel
**CITY OF CHICAGO,**
**DEPARTMENT OF LAW**
Chicago City Hall
121 N LaSalle St., Ste. 400
Chicago, IL 60602
Tel:     (312) 742-0019
E-mail: chuck.king@cityofchicago.org

## CERTIFICATE OF SERVICE

I, Charles A. King, an attorney, hereby certify that on September 29, 2017, I caused a copy of the attached Notice of Motion and accompanying Motion to be served via the court's electronic noticing system for Registrants on those designated to receive such service as provided on the attached Service List.

/s/ Charles A. King

## SERVICE LIST

**Registrants**
(Via CM/ECF)

| | |
|---|---|
| Michael Spangler | mspangler@semradlaw.com |
| Marilyn O. Marshall | courtdocs@chi13.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 17-BK-16300 |
| **BRITTANY LEWIS**, | HON. LASHONDA A. HUNT |
| DEBTOR. | HEARING DATE: OCTOBER 2, 2017 |
| | HEARING TIME: 10:00 A.M. |

## MOTION FOR LEAVE TO FILE SUR-REPLY

Currently pending before the Court is the Debtor's Motion for Sanctions Pursuant to 11 U.S.C. § 362(k) [Docket 25] ("Motion"). The City of Chicago ("City") filed its response to the Motion on September 11, 2017 [Docket 31], and on September 26, 2017, the Debtor filed her reply in support of the Motion [Docket 34], in which she for the first time asserts her entitlement to new categories of damages. The City asks that the Court grant it leave to file a sur-reply to the Motion, in the form of Exhibit A hereto, to address this new position.

DATED: SEPTEMBER 29, 2017

RESPECTFULLY SUBMITTED,

**THE CITY OF CHICAGO**

Edward N. Siskel
Corporation Counsel
David Paul Holtkamp
Senior Counsel
Charles A. King (6216362)
Assistant Corporation Counsel
**CITY OF CHICAGO,**
**DEPARTMENT OF LAW**
Chicago City Hall
121 N LaSalle St., Ste. 400
Chicago, IL 60602
Tel:    (312) 742-0019
E-mail: chuck.king@cityofchicago.org

Edward N. Siskel
Corporation Counsel

By:   /s/ Charles A. King
      Assistant Corporation Counsel